UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA KENNEDY,
    Plaintiff,

v.                                            Case No. 8:18-cv-2796-SCB-AEP

BAKRAC, INC.,
    Defendant.

## PLAINTIFF'S MOTION FOR DISSOLUTION OF WRIT OF GARNISHMENT

Plaintiff, Patricia Kennedy, by and through the undersigned attorney, respectfully requests that the Writ of Garnishment issued against Bank OZK on October 21, 2019, at DE 19-1, be dissolved.

## MEMORANDUM

Plaintiff submits that dissolution of the Writ of Garnishment is in the interest of justice.

Respectfully submitted,

By: /s/ Thomas B. Bacon

Thomas B. Bacon
Thomas B. Bacon, P.A.
644 N. Mc Donald Street
Mt. Dora, Florida 32757
954-478-7811
tbb@thomasbaconlaw.com

## Certificate of Service

I hereby certify that a copy of the foregoing was served on the Defendant via the email provided by Savni Bakrac (info@poncedeleonhotel.com and savnib@msn.com) this 14th day of November, 2019.

By: /s/ Thomas B. Bacon