UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA KENNEDY,

    Plaintiff,

v.                             Case No. 8:18-cv-2796-T-24AEP

BAKRAC, INC.,

    Defendant.
_____/

## **ORDER**

This matter comes before the Court on Plaintiff's Motion for Dissolution of Writ of Garnishment (Doc. 25). By the motion, Plaintiff seeks to dissolve the writ of garnishment issued in this action against Bank OZK (Doc. 20). Accordingly, it is hereby

ORDERED:

1. Plaintiff's Motion for Dissolution of Writ of Garnishment (Doc. 25) is GRANTED.

2. The writ of garnishment against Bank OZK (Doc. 20) is DISSOLVED.

DONE AND ORDERED in Tampa, Florida, on this 5th day of November, 2019.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record